ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CRIM 906**

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :     INFORMATION

      - v. -                   :     13 Cr.

PETER STRAIN,                    :

          Defendant.        :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 19 2013

<u>COUNT ONE</u>
(Interstate Transportation of Stolen Property)

The United States Attorney charges:

1. From at least in or about 2011, up to and including in or about June 2013, in the Southern District of New York and elsewhere, PETER STRAIN, the defendant, transported, transmitted, and transferred in interstate and foreign commerce goods, wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted and taken by fraud, to wit, STRAIN, while serving as a talent agent for certain clients, embezzled funds from those clients and transmitted those funds in interstate commerce to, among other things, purchase luxury goods such as art and to pay for his own personal credit card bills.

(Title 18, United States Code, Section 2314.)

<u>FORFEITURE ALLEGATION</u>

2. As a result of committing the offense alleged in Count One of this Information, PETER STRAIN, the defendant,

shall forfeit to the United States, pursuant to 18 U.S.C. § 982, any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense.

## SUBSTITUTE ASSETS PROVISION

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853(p).)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PETER STRAIN,

Defendant.

### INFORMATION

13 Cr. _____ (GBD)

(18 U.S.C. § 2314).


                           PREET BHARARA
                  United States Attorney.