USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 08 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

PETER STRAIN,

    Defendant.

- - - - - - - - - - - - - - - - - X

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

S1 13 Cr. 906 (GBD)

WHEREAS, on or about March 5, 2014, PETER STRAIN (the "Defendant") was charged in a one-count Superseding Information, S1 13 Cr. 906 (GBD) (the "Information"), with interstate transportation of stolen goods, in violation of Title 18, United States Code, Section 2314;

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the forfeiture of any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense, including the following:

| Artist | Artwork |
|---|---|
| Richard MacDonald | Doves |
| Richard MacDonald | Pas de Deux Elegance |
| Richard MacDonald | Midnight |
| Richard MacDonald | Juliet III |
| Carol Alleman | Celestial Joy |
| Jim Lamb | Arizona Sundown |
| Michael Hill | England's Early Morning Light |

| | |
|---|---|
| Kevin MacPherson | Port Clyde Light |
| Scott Yeskel | The Drifter |
| Clive Tyler | Southern Oak |
| Dennis Doheny | Day Break |
| Dennis Doheny | Spring, Pine Mountain |
| Mario Jung | Happy Blossoms |
| Stephanie Marzella | Windswept Light |
| Mark Beck | Above the Water |
| Mark Beck | After the Rain |
| Peter Lik | River of Zen |
| Peter Lik | Spirit of America |
| Peter Lik | Enchanted |
| Peter Lik | Tree of Dreams |
| Peter Lik | Hidden Secret |
| Peter Lik | Guardian of the Cliffs |
| Peter Lik | Night Over Brooklyn |

(collectively, the "Specific Property");

WHEREAS, on or about March 5, 2014, the Defendant pled guilty to Count One of the Information and admitted the forfeiture allegation with respect to Count One of the Information, pursuant to a plea agreement with the Government (the "Plea Agreement"), wherein the Defendant agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his right, title and interest in the Specific Property;

WHEREAS, pursuant to the Plea Agreement, the Defendant further agreed that he will not file a claim or a petition for remission or mitigation in any forfeiture proceeding involving the Specific Property and will not assist anyone else in doing so and to take all necessary steps to pass clear title to the

Specific Property to the United States, including, but not limited to, the execution of all necessary documentation;

WHEREAS, the Defendant consents to the forfeiture of all of his right, title, and interest in the Specific Property;

WHEREAS, the Defendant agrees that the Specific Property is forfeitable to the United States because the Specific Property constitute or are derived from, proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Information;

WHEREAS, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), the Defendant consents to this Consent Preliminary Order of Forfeiture as to Specific Property becoming final as to his interests prior to sentencing;

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney James J.

Pastore, Jr., of counsel, and the Defendant, and his counsel, Melinda Sarafa, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, PETER STRAIN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is authorized to seize the Specific Property and hold the Specific Property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Consent Preliminary Order of Forfeiture as to Specific Property. Any person, other than the Defendant in this case, claiming an interest in any of the Specific Property must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in any of the Specific Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in any of the Specific Property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all third-party interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

9. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

10. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

11. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____  5-8-14
JAMES J. PASTORE, JR.          DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2418

PETER STRAIN
DEFENDANT

By: _____  5/8/14
PETER STRAIN                    DATE

By: _____  5/8/14
MELINDA SARAFA, ESQ.            DATE
Attorney for Defendant
Sarafa Law LLC
747 Third Avenue, 20th Floor
New York, New York 10017
Tel.: (212) 785-7577

SO ORDERED:

_____  MAY 08 2014
HONORABLE GEORGE B. DANIELS   DATE
UNITED STATES DISTRICT JUDGE

7