

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA      :

                   -v.-      :   ORDER OF
                                    :   RESTITUTION
    PETER STRAIN,
                                    :   13 Cr. 906 (GBD)
            Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, and James J. Pastore, Jr., Assistant United States Attorney, of counsel; the presentence report; PETER STRAIN, the Defendant's, conviction on Count One of the above Information and all other proceedings in this case, it is hereby ORDERED that:

     **1. Amount of Restitution.**  PETER STRAIN, the Defendant, shall pay restitution in the total amount of $384,128.52 to the victim of the offense charged in Count One.  The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims and Restitution attached hereto.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court..

**2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
         May 8, 2014

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK